UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-105 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| MARCUS GABLE KING | ) | |
| | ) | |

**O R D E R**

The Government has filed a "Motion to Strike" paragraph F from Count Two of the Superseding Indictment (Court File No. 55) because the Government does not intend to present evidence of that particular alleged overt act (Court File No. 100). The Government's motion is unopposed and is hereby **GRANTED**. Accordingly, paragraph F in Count Two of the Superseding Indictment is **STRUCK**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**